FRANK J. REINHART, Respondent, v. TROY PARKING AUTHORITY, Defendant-Appellant and Third-Party Plaintiff. KEN E. NITZ, Doing Business as K-T TRUCKING, Third-Party Defendant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.